**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
SAMANTHA A. SMITH, State Bar No. 233331
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251

Attorneys for Plaintiff Joseph Saenz, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAENZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-CV-08758-ODW-PLA<br><br>*Assigned for All Purposes to:*<br>*Hon. Otis D. Wright*<br>*Courtroom No. 5D*<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         January 7, 2019<br>Time:        1:30 p.m.<br>Location:  Ctrm. 5D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 7, 2019, at 1:30 p.m., in Courtroom 5D at the United States Courthouse, located at 350 West First Street, Los Angeles, CA 90012. Representative Plaintiff Joseph Saenz ("Plaintiff"), and Plaintiff's Counsel will and hereby do move this Court for an Order: (1) granting preliminary approval of the parties' Stipulation of Class Action Settlement Agreement ("Settlement"); (2) granting conditional certification of the Settlement Class; (3) appointing Class Counsel; (4) appointing the Class Representative; (5) appointing a Settlement Administrator; and (6) approving the form of the Notice of Settlement.

This Motion is made on the grounds that the Settlement is fair, adequate, and reasonable given the relative strengths and weaknesses of the claims and defenses; the risks, expense, complexity and likely duration of further litigation; the amount offered in settlement; the experience and views of counsel; and the public policy in favor of quieting litigation.

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Samantha A. Smith, and exhibits attached thereto, and such other oral argument and documentary evidence as may be presented to the Court at the hearing of this Motion.

Dated: November 20, 2018          **AEGIS LAW FIRM, P.C.**

                                  By: */s/ Samantha A. Smith*
                                      Samantha A. Smith
                                      Attorneys for Plaintiff Joseph Saenz