**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH SAENZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-08758-ODW (PLA)<br><br>**JUDGMENT** |

# JUDGMENT

The Court has entered Final Approval of the parties' Settlement. Accordingly, Plaintiff's and the Settlement Class Members' claims against Defendant Lowe's Home Centers, LLC are hereby **DISMISSED WITH PREJUDICE**, and this Judgment shall enter consistent with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: July 31, 2019

Otis D. Wright, II
UNITED STATES DISTRICT JUDGE